IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CRAIG MATTHEWS, SUBSTITUTE
PARTY FOR LAURA LEE MATTHEWS,

       Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

       Defendant.

Civil No. 09-184-JE

ORDER

MARSH, Judge.

    Magistrate Judge John Jelderks filed his Findings and Recommendation on June 15, 2010.  The matter is now before me.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  See §636(b)(1)(C); Simpson v. Lear Astronics Corp., 77 F.3d 1170, 1174-75 (9th Cir. 1996).  Having reviewed the legal principles de novo, I find no error.

    Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation #13.  The decision of the Commissioner is AFFIRMED; this action is DISMISSED WITH PREJUDICE.

1 - ORDER

IT IS SO ORDERED.

DATED this  12   day of July, 2010.

                            /s/   Malcolm F. Marsh
                            Malcolm F. Marsh
                            United States District Judge